RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Barry Addison Gray

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRY ADDISON GRAY,<br><br>　　　　Petitioner/Defendant. | Case No. 2:95-cr-00324-JAD<br><br>**STIPULATION TO CONTINUE REPLY BRIEF DEADLINE**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Barry Addison Gray, that the petitioner/defendant shall have to and including April 5, 2017, to file his reply brief.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　On December 23, 2016, Mr. Gray filed a Motion to Vacate under 28 U.S.C. § 2255 ("Motion to Vacate"). ECF No. 35. On January 4, 2017, the Court stayed Mr. Gray's Motion to Vacate until the Supreme Court issued its opinion in *Beckles v. United States*, Case No. 15-8544. ECF No. 36. On March 6, 2017, the Supreme Court issued its decision in *Beckles*

and this Court lifted its stay and denied his Motion to Vacate. ECF No. 37. On March 14, 2017, Mr. Gray filed a Motion to Reconsider the Court's Order, ECF No. 37. ECF No. 38. The government filed its response on March 22, 2017. ECF No. 39.

2. The Court provided a reply deadline of March 29, 2017. ECF No. 39. In addition to Mr. Gray's reply deadline, undersigned counsel is working on four (4) cases related to *Johnson v. United States*, 135 S. Ct. 2551 (2015) with due dates also within the next week. Additionally, counsel is in the process of contacting over 100 clients regarding the *Beckles* decision and the status of each clients' motion to vacate given the Supreme Court's ruling.

3. The Government does not oppose this 1-week extension.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and thoroughly prepare the reply to the government's response.

This is the first stipulation to continue filed herein.

DATED this 28th day of March, 2017.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Sunethra Muralidhara*  
By_____  
SUNETHRA MURALIDHARA  
Assistant Federal Public Defender

STEVEN W. MYHRE  
Acting United States Attorney

*/s/ Elizabeth O. White*  
By_____  
ELIZABETH O. WHITE  
Assistant United States Attorney

<pre>
1                    UNITED STATES DISTRICT COURT
2                         DISTRICT OF NEVADA
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:95-cr-00324-JAD-1 |
| Plaintiff, | ORDER |
| v. | |
| BARRY ADDISON GRAY, | |
| Petitioner/Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS HEREBY ORDERED that the petitioner/defendant herein shall have to and including April 5, 2017 to file his reply brief.

DATED this 29th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

3