# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:95-cr-00324-JAD-VCF |
| Respondent/Plaintiff | **Order** |
| v. | |
| Barry Addison Gray, | |
| Petitioner/Defendant | |

Barry Addison Gray moves for reconsideration of my order denying his § 2255 motion to vacate his 1996 sentence for federal armed robbery.[1] However, the court does not have a copy of Gray's presentence report to properly address his claims. In the interest of expediency, **I ORDER the government to file exact copies of Gray's 1996 presentence report on or before Friday, June 8, 2018.** The report must be filed UNDER SEAL as a Notice in Response to Court Order.

Dated: June 1, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 35, 38.