UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:95-cr-00324-JAD |
|---|---|
| Plaintiff, | ORDER |
| v. | ECF No. 70 |
| BARRY ADDISON GRAY, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to Government's Response to Motion for Compassionate Release, that the Defendant's deadline to file his Reply is extended to August 16, 2021.

DATED this 27th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE